IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:                                          CASE NO: 10-30341
                                               CHAPTER 7

WOOTON, EUGENE E.

        Debtor(s)
_____/

## NOTICE OF PAYMENT OF UNCLAIMED
## FUNDS PURSUANT TO 11 U.S.C. § 347

Trustee, Sherry F. Chancellor, pursuant to 11 U.S.C. § 347, gives notice of the payment to the Clerk, U. S. Bankruptcy Court, of unclaimed funds as follows:

| Claim No. | Claimant Name/Address | Dividend |
|---|---|---|
| 002 | Harvesters Federal C.U<br>c/o Mary Linzee Van Leuven<br>PO Box 4128<br>Tallahassee, Florida 32315 | $18.85 |

The check mailed at the above address on August 16, 2011 has been neither been returned by the Post Office or negotiated by the creditor.

Dated this 21 day of November, 2011.

                                                          /s/ Sherry F. Chancellor
                                                          Sherry F. Chancellor, Trustee
                                                          619 West Chase Street
                                                          Pensacola, Florida 32502
                                                          (850) 436-8445
                                                          Florida Bar No: 434574

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing notice of payment of unclaimed funds has been furnished electronically or served by U. S. Mail, postage prepaid, upon Harvesters Federal C.U , c/o Mary Linzee Van Leuven, PO Box 4128,  Tallahassee, Florida 32315 and Charles Edwards, Office of the  U. S.  Trustee, 110  East Park Avenue, #128, Tallahassee, Florida 32301 on this 21  day of November, 2011.

         /s/ Sherry F. Chancellor
         Sherry F. Chancellor, Trustee